IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MONONGALIA COUNTY
GENERAL HOSPITAL COMPANY,
a West Virginia non-profit corporation,

      Plaintiff,

v.                                                 Civil Action No. 1:07-CV-11
                                                      (CHIEF JUDGE KEELEY)

NATIONAL ASSET &
RISK MANAGEMENT, LLC,
a Pennsylvania limited liability company,

      Defendant.

## **ORDER**

Counsel for Plaintiff advised that the Motion to Strike Defendant's Discovery Requests Directed to Plaintiff[1] has been resolved. The moving party waives the right to reasonable expenses or sanctions, if any there be.

The Motion to Strike Defendant's Discovery Requests Directed to Plaintiff is **DENIED AS MOOT**, and the Order setting the hearing is **VACATED**.

IT IS SO ORDERED.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: July 18, 2007

                                                     /s/ James E. Seibert
                                                     JAMES E. SEIBERT
                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] Doc. No. 34.