IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**MONONGALIA COUNTY**
**GENERAL HOSPITAL COMPANY,**

    **Plaintiff,**

**v.**  //  CIVIL ACTION NO. 1:07CV11
                            (Judge Keeley)

**NATIONAL ASSET & RISK**
**MANAGEMENT, LLC,**

    **Defendant.**

<u>**ORDER**</u>

The Court has been advised that the issues raised and suggested by the above-styled civil action have been resolved. Accordingly, the final pretrial conference currently scheduled for August 2, 2007 at 1:00 p.m. and the bench trial currently scheduled to begin on August 16, 2007 at 9:00 a.m. are **CANCELED** pending the settlement of this matter and its dismissal from the active docket of this Court.

The Clerk is directed to transmit copies of this order to counsel of record.

DATED: July 20, 2007.

                                              <u>/s/ Irene M. Keeley</u>
                                              IRENE M. KEELEY
                                              UNITED STATES DISTRICT JUDGE