IN THE UNITED STATES DISCTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
OCT 1 - 2007

THE MONONGALIA COUNTY
GENERAL HOSPITAL COMPANY,

Plaintiff,

v.                                          Civil Action No.: 1:07-CV-11-IMK

NATIONAL ASSET & RISK
MANAGEMENT, LLC,

Defendant.

## STIPULATION AND ORDER OF PERMANENT INJUNCTION

This day came the parties, by and through their respective counsel, and announced to the Court that all matters in dispute between them have been fully settled and jointly moved that the agreed preliminary injunction issued by this Court on February 13, 2007, enjoining Defendant National Asset & Risk Management, LLC from all further collection practices regarding all Mon General accounts receivable, become permanent and final.

The Court, having heard no objection to the relief requested, and the same appearing proper in the premises, does hereby ORDER Defendant National Asset & Risk Management, LLC is permanently enjoined from all collection practices and activities regarding any and all Mon General accounts receivable

ENTER: *October 1, 2007*

*Irene M. Keeley*
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

**Prepared by:**

By /s/ Andrew G. Fusco _____  Dated: Sept 27, 2007
ANDREW G. FUSCO (WV Bar No. 1317)
APRIL MORGAN HINCY (WV Bar No. 8831)
Eckert Seamans Cherin & Mellott, PLLC
2400 Cranberry Square
Morgantown, West Virginia 26508
(304)594-1000 / (304) 594-1181
*Counsel for Plaintiff*

**Approved by:**

By /s/ Rebecca Donnellan-Pomeroy (with permission)  Dated:_____
REBECCA DONNELLAN-POMEROY (WV Bar No. 8800)
McNeer, Highland, McMunn and Varner, L.C.
400 West Main Street
Clarksburg, West Virginia 26302
(304)626-1100 / (304)623-3035
*Counsel for Defendant*